Robert D. Phillips, Jr. (SBN 82639)
Thomas A. Evans (SBN 202841)
Eugenia S. Chern (SBN 215092)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant Conseco
Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN FREEMAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CANSECO SERVICES LLC, and DOES 1 through 20,<br><br>　　　　　Defendants. | No. C06-06019 MJJ<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (CIVIL L. R. 6-1(a))**<br>　AND ORDER |

　　　　Plaintiff Joan Freeman and Defendant Conseco Life Insurance Company (erroneously sued as Canseco Services LLC) hereby stipulate and agree, pursuant to Civil L. R. 6-1(a), to extend the time for Defendant to respond to Plaintiff's complaint by thirty days.  Defendant's response to Plaintiff's complaint shall therefore be due by November 3, 2006.

/////

/////

/////

/////

No. C06-06019 MJJ　　　　　　　– 1 –　　　　　　　DOCSOAK-9848038.1-TEVANS-360309-60005
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (CIVIL L.R. 6-1(a))

| | | |
|---|---|---|
| 1 | Dated: October 20, 2006 | LAW OFFICES OF DANIEL P. WHITE |
| | | |
| | | By: _____ |
| | | Daniel P. White |
| | | Attorney for Plaintiff Joan Freeman |
| | | |
| 7 | Dated: October 20, 2006 | REED SMITH LLP |
| | | |
| | | By: _____ |
| | | Robert D. Phillips, Jr. |
| | | Thomas A. Evans |
| | | Eugenia S. Chern |
| | | Attorney for Defendant |
| | | Conseco Life Insurance Company |



IT IS SO ORDERED
Judge Martin J. Jenkins
10/24/2006
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA