**United States District Court**
For the Northern District of California

1

2                     IN THE UNITED STATES DISTRICT COURT

3                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5   JOAN FREEMAN,                        C 06-06019MJJ

6           Plaintiff,                   **ORDER TO SHOW CAUSE**

7     v.

8   CANSECO SERVICES LLC,

9           Defendants.
   _____/

10

11          On Thursday, December 28, 2006, the Court notified the parties that the Case

12   Management Conference scheduled for Tuesday, January 2, 2007, was rescheduled in this action for

13   **Thursday, January 4, 2007**, at 2:00 p.m. via telephone.  The plaintiff was designated to initiate the

14   conference call.  The conference call was never initiated , nor did the Court receive a request for an

15   extension of time or any other excuse for the partie's failure to initiate and participate in the

16   conference call.  Accordingly, the Court hereby issues an order to show cause why this action should

17   not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil

18   Procedure.

19          THE COURT  HEREBY ORDER that counsel appear by phone on **Tuesday, January 9,**

20   **2007 at 2:00 p.m.**  at 2:00 p.m. and show cause why this action should not be dismissed.  Plaintiff is

21   instructed to initiate the conference call.  Any written response to this order to show cause should be

22   filed no later than 12 noon, Monday, January 8, 2007.

23          **IT IS SO ORDERED.**

24

25   Dated:        1/4/2007        _____

26                                MARTIN J. JENKINS
                                 United States District Judge

27

28