Robert D. Phillips, Jr. (SBN 82639)
Thomas A. Evans (SBN 202841)
Eugenia S. Chern (SBN 215092)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendants Conseco Life
Insurance Company and Conseco Services, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN FREEMAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>CANSECO LIFE INSURANCE COMPANY, CANSECO SERVICES LLC, and DOES 1 through 20,<br><br>          Defendants. | No. C06-06019 MJJ<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br><br>Honorable Martin J. Jenkins |
| CONSECO LIFE INSURANCE COMPANY,<br><br>          Counterclaimant,<br><br>     vs.<br><br>JOAN FREEMAN,<br><br>          Counter-Defendant. | |

     Pursuant to Fed. R. Civ. P. 41, it is hereby stipulated, by and between plaintiff and counter-defendant Joan Freeman, defendant and counter-claimant Conseco Life Insurance Company, and defendant Conseco Services LLC, by and through their respective counsel of record, that the Court

may make and enter its Order dismissing this action in its entirety, including any and all counterclaims, with prejudice, each party to bear its own costs and fees.

DATED: June 3, 2007.

LAW OFFICES OF DANIEL P. WHITE

By _____
Daniel P. White
Attorneys for Joan Freeman

DATED: June 4, 2007.

REED SMITH LLP

By _____
Thomas A. Evans
Attorneys for Conseco Life Insurance Company and Conseco Services LLC

**IT IS SO ORDERED:**

DATED: _____, 2007

_____
The Honorable Martin J. Jenkins
UNITED STATES DISTRICT COURT JUDGE